EXHIBIT D



# The Role of the Patent Examiner

**Sue A. Purvis**

*Innovation and Outreach Coordinator*
*Greater New York Region*
U.S. Patent and Trademark Office
Department of Commerce

# Outline

- My Career Path
- Role of a Patent Examiner
- Job / Responsibility of a Patent Examiner
- Tools of a Patent Examiner

# Outreach in NYC



# United States Patents

- Grant of intellectual property right to exclude others from making, using, selling or importing

- Patent document describes how to make and use invention
  - Includes a "claim" setting forth the protected invention

# History Of the US Patent System

**Patent No x-1 (July 31, 1790)**



*X 000001*
*July 31, 1790*

**Signed by George Washington**

# History Of the US Patent System

- **Act of 1790**:  examination administered by the Secretary of State with Secretary of War, Attorney General, & DoS Chief Clerk).
- **Act of 1793**:  Changed to a registration system .
- **Act of 1836:**  Reinstated examination, designated a Commissioner, used "novelty" as basis for patentability.
- **Act of 1952:**  Currently in force; established and codified non-obviousness, made Patent Office part of the Commerce Department.

# Recent History

- **1984** Reexamination proceedings
- **1992** Fully fee funded
- **1995** Term changed from 17 years to 20 years; established Provisional applications.
- **1999 AIPA:** Pre Grant Publication, extension of term for Office delay
- **2011 AIA:** First-to-file/prior users; fast track; post grant review; fee setting; satellite offices

# What is the Role of Patent Examiner?

- Issue Valid Patents
  - Make appropriate objections
  - Make only reasonable rejections
  - Help applicant identify allowable subject matter
- Act as an advocate for the Public
  - Ensure development of a clear and complete file wrapper record
  - Patent prosecution before the Office should not be adversarial, instead it should be cooperative investigation between the Examiner and the Applicant, which ensures an Applicant receives a patent only for that which they are entitled to in accordance with Patent laws.

# What is the Role of Patent Examiner? (cont.)

- To serve as advocate/protector of public interest with respect to intellectual property

- To provide direct service and assistance to customers from inside and outside the U.S. Patent & Trademark Office

- To serve as a judge on patentability with respect to inventions claimed in a patent application under conditions for patentability set forth in Title 35 of the United States Code

# Congress and the USPTO

- Congress passes the patent laws that govern all substantive and procedural functions of the USPTO
  - o 35 USC §§ 101 – defines what is eligible to be patented
  - o 35 USC §§ 102 – must be new
  - o 35 USC §§ 103 – must be non-obvious
  - o 35 USC §§ 112 – must be sufficiently described, enabled, with best mode disclosed

# What Does a Patent Examiner Do?

- **Reads and understands** the invention set forth in the specification
- Determines whether the application is adequate to define the **metes and bounds** of the claimed invention
- Determines the **scope of the claims**
- **Searches** existing technology for claimed invention
- Determines **patentability** of the claimed invention

# What Does a Patent Examiner Do? (cont.)

- Writes an Office Action which identifies and analyzes all issues in the application pertinent to patentability of the claimed invention

- Responds completely to Applicant's reply

- Issues Notice of Allowance or Notice of Abandonment

- Ensures that all pertinent procedural steps necessary for obtaining a patent are complied with during prosecution of an application

# What May an Examiner Do?

- Advise on advantages of, and appropriate classification fields for, pre-examination search
- Advise on advantages of securing services of a competent patent attorney or agent
- Advise on Office fees and Office procedures in general
- Assist public in conducting a search, short of rendering patentability advice or opinion as to whether an application should be filed

# An Examiner should be able to answer these questions about an application:

- What subject area is most related to Applicant's invention?

- What existing invention(s) did Applicant identify?

- What problem(s) did Applicant identify with existing inventions?

- How does Applicant propose to solve the problem(s)?

- How does Applicant implement the solution(s)?

- Do the claims incorporate Applicant's solution(s)?

# Parts of a Patent Application

- Title
- Abstract
- Background Of Invention
  - A Field of Invention in which Applicant identifies the most relevant subject area to which his invention belongs.
  - A Description of Related Art used by Applicant to:
    - Identify existing relevant inventions.
    - Discuss any problems with these existing inventions.
- Brief Summary Of Invention
- Brief Description Of Drawings
- Detailed Description Of Invention
- Claims

# How Much Detail is Needed?

- The Detailed Description must describe at least one specific embodiment or example of the invention.

- The claimed invention must encompass at least one disclosed embodiment.

- As you read the detailed description, be on the lookout for any parts relating to elements of the claimed invention that were not clear to you.

- Try to identify how Applicant implements solutions proposed for objectives/solutions.

# The Claims

- The Focus Must Begin And Remain On The Claims
- "The Invention Disclosed In Hiniker's Written Description May Be Outstanding In Its Field, But **The Name Of The Game Is The Claim**."
  - *In Re Hiniker Co.*, 150 F.3d 1362, 47 USPQ2d 1523 (Fed. Cir. 1998)

# The Claims (*cont.*)

- Patent Claims Are The Inventor's Attempt To Delineate, By Way Of A Single Sentence In The English Language, The Technology Which The Inventor Regards As His Or Her Invention.

- Claim language defines the metes and bounds of property protection desired (or the property boundaries).

- Patent Claims Provide Notice To The Public Regarding The Technology, Which Is Fenced Off Or Protected From Trespass.

# The Claimed Invention

- Analysis Begins With A Key Legal Question –

- What Is The Invention Claimed?

- "The First Inquiry Must Be Into Exactly What the Claims Define." - *In Re Wilder*, 429 F.2d 447, 166 U.S.P.Q. 545 (C.C.P.A. 1970)

- Do the claims make sense
  - Grammatically?
  - Logically?
  - Technologically?

- Are there any terms you do not understand?

- Do you understand the concept of the claim?

# The Claimed Invention (*cont*.)

- How would you summarize the claim?

- What are the essential features of the claim?

- How are the claimed elements described in the specification?

# Sources of Law

- There are three sources of Federal Law that correlate to the three branches of government:

  o **Statutory law** consists of the acts passed by the legislature, i.e. the Legislative Branch

  o **Case law** consists of the case decisions issued by the courts, i.e. the Judicial Branch

  o **Regulatory law** consists of the regulations promulgated by agencies, i.e. the Executive Branch

# Manual of Patent Examining Procedure

**Statutes** – Patent Laws passed by Congress

**Regulations (Rules)** – Patent Rules the USPTO has established and must follow except in extraordinary situations

**Policy & Procedure** – Detailed guidance regarding operations of the USPTO

**Guidelines** – Comprehensive analyses of Office guidelines on individual topics

**Form Paragraphs** – Prewritten templates that Examiners use to convey information to applicants and attorneys

# MPEP - Roadmap

| APPLICATION (100-600) | |
|---|---|
| **APPLICATION** (100-600) | **PROCESS** |
| **EXAMINATION & PROSECUTION** (700-1400) | |

| | |
|---|---|
| **SPECIALIZED AREAS** (1500-2000) | **PCT & OTHERS** |

| | |
|---|---|
| **PATENTABILITY, REEXAMINATION, INTERFERENCE, AND OTHER** (2100-2700) | **HEAVY DUTY REFERENCE MATERIALS** |

| | |
|---|---|
| **APPENDIXES** | **LAWS, RULES & INDEX** |

# Simplified Patent Examination Process

**1. Examiner selects application from PALM docket in eDAN**



**2. Examiner reviews application, formulates search strategy, and performs prior art search**






**3. Examiner reviews prior art, applies art to application, and authors office action**






**4. Office action is forwarded for review and signature (if necessary) then routed to TSS for recording in PALM**



**5. Office action is forwarded to mailing contractor and mailed to applicant**



**6. Office action is indexed and scanned into IFW**



# The Patent Process

# Thank You!

www.uspto.gov/cornell

sue.purvis@uspto.gov